**Rick L. HARDY, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE,
Respondent.**

No. 2007–3112.

United States Court of Appeals,
Federal Circuit.

May 9, 2007.

Rick L. Hardy, pro se.

### ORDER

Petitioner having filed the required Statement Concerning Discrimination, it is,

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

**Floyd B. MAIBIE, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION
BOARD, Respondent.**

No. 2006–3275.

United States Court of Appeals,
Federal Circuit.

May 10, 2007.

### ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.